## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

| | |
|---|---|
| ANGELA BUIS,<br><br>      Plaintiff,<br><br>vs.<br><br>CAPITAL ONE BANK, N.A.,<br><br>      Defendant(s). | Case No.: 3:18-cv-00482-HEH<br><br>**NOTICE OF SETTLEMENT OF ENTIRE ACTION** |

NOW COMES Plaintiff, ANGELA BUIS, by and through the undersigned counsel, and hereby notifies this Honorable Court that the parties have reached an agreement to settle the instant matter in its entirety. The parties, through counsel, are working cooperatively to consummate the settlement as expeditiously as possible and Plaintiff anticipates filing a *Fed. R. Civ. P. 41* Stipulation of dismissal, with prejudice, within sixty (60) days.

                                            RESPECTFULLY SUBMITTED,

Dated: November 2, 2018          By: /s/Richard W. Ferris

                                            Richard W. Ferris, Esq.
                                            FerrisWinder, PLLC
                                            530 East Main Street, Suite 300
                                            Richmond, VA 23219
                                            (804) 767-1800
                                            (888) 251-6228 Fax
                                            rwferris@ferriswinder.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 2nd day of November, 2018, I electronically filed the foregoing with the Clerk of the Court using the *CM/ECF*. The Notice of Settlement has been served on Defendants counsel of record by way of the *CM/ECF*.

By: /s/ Richard W. Ferris
Richard W. Ferris, Esq.