IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
**Richmond Division**

| | |
|---|---|
| ANGELA BUIS, ) ) Plaintiff, ) ) v. ) ) CAPITAL ONE BANK, N.A., ) ) Defendant. ) | Civil Action No. 3:18cv482–HEH |

### FINAL ORDER

THIS MATTER is before the Court on a Stipulation of Dismissal with Dismissal (ECF No. 13) filed by the parties pursuant to Federal Rule of Civil Procedure 41. It appearing to this Court that all matters of controversy have been fully resolved and compromised, it is HEREBY ORDERED that this action is DISMISSED WITH PREJUDICE, each party to bear its own costs and attorneys' fees.

The Clerk is directed to send a copy of this Order to all counsel of record.

It is so ORDERED.

                                                                    /s/
                                                         Henry E. Hudson
                                                         Senior United States District Judge

Date: Dec 17, 2018
Richmond, VA